UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| JOHNSON, KARL E. | ) | CASE NO. 08-01518-JHS |
| JOHNSON, LISA A. | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    COURTROOM 4016
    DUPAGE COUNTY COURTHOUSE
    505 NORTH COUNTY FARM ROAD
    WHEATON, IL. 60187

    On: **October 17, 2008**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                                             $3,679.32

    Disbursements                                                                                                     $0.00

    Net Cash Available for Distribution                                                                  $3,679.32

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BROWN, DAVID R. Trustee | $0.00 | $919.83 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: none

7. Claims of general unsecured creditors totaling $62,105.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.44%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 9 | American Express Centurion Bank | 3,751.87 | 166.70 |
| 8 | CHASE BANK USA | 15,910.80 | 706.95 |
| 7 | CHASE BANK USA | 7,840.25 | 348.36 |
| 6 | CHASE BANK USA | 3,159.71 | 140.39 |
| 4 | CHASE BANK USA | 2,941.51 | 130.70 |
| 3 | CHASE BANK USA | 9,599.22 | 426.51 |
| 5 | CHASE BANK USA | 2,059.69 | 91.52 |
| 1 | Discover Bank/DFS Services LLC | 13,161.10 | 584.77 |
| 11 | LVNV Funding LLC its successors and assigns as | 1,173.42 | 52.14 |
| 2 | Recovery Management Systems Corporation | 240.20 | 10.67 |
| 13 | Verizon Wireless Midwest | 446.96 | 19.87 |
| 12 | eCAST Settlement Corporation assignee of | 1,318.89 | 58.60 |
| 10 | eCAST Settlement Corporation assignee of | 502.20 | 22.31 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Single Family Residence (no equity/exempt) | 420,000.00 |
| CASH ON HAND (exempt) | 50.00 |
| BANK ACCOUNTS (exempt) | 1,250.00 |
| HOUSEHOLD GOODS AND FURNISHINGS (exempt) | 2,500.00 |
| WEARING APPAREL AND JEWELRY (exempt) | 200.00 |
| WEDDING RING (exempt) | 1,000.00 |
| Sports and Hobby Equipment (no value) | 110.00 |
| INTERESTS IN INSURANCE POLICIES (exempt) | 180.00 |
| STOCK AND BUSINESS INTERESTS (no value) | 0.00 |
| Leased GMC Envoy (no value) | 0.00 |
| 2003 Saab 9.3T (no non-exempt equity) | 14,000.00 |
| Pet dog (no value) | 0.00 |
| Insurance proceeds (fully secured) | 20,700.83 |

Dated:  **September 11, 2008**                             For the Court,

                                                By:   **KENNETH S. GARDNER**
                                                      Kenneth S. Gardner
                                                      Clerk of the U.S. Bankruptcy Court
                                                      219 S. Dearborn Street; 7th Floor
                                                      Chicago, IL 60604

Trustee:        DAVID R. BROWN
Address:        400 SOUTH COUNTY FARM ROAD
                SUITE 330
                WHEATON IL 60187
Phone No.:      (630) 510-0000