UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| JOHNSON, KARL E. | ) | CASE NO. 08-01518-JHS |
| JOHNSON, LISA A. | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   COURTROOM 4016
          DUPAGE COUNTY COURTHOUSE
          505 NORTH COUNTY FARM ROAD
          WHEATON, IL. 60187

    On: **October 17, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                        $3,679.32

    Disbursements                                   $0.00

    Net Cash Available for Distribution             $3,679.32

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BROWN, DAVID R. Trustee | $0.00 | $919.83 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: none

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: none

7.      Claims of general unsecured creditors totaling $62,105.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 4.44%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 9 | American Express Centurion Bank | 3,751.87 | 166.70 |
| 8 | CHASE BANK USA | 15,910.80 | 706.95 |
| 7 | CHASE BANK USA | 7,840.25 | 348.36 |
| 6 | CHASE BANK USA | 3,159.71 | 140.39 |
| 4 | CHASE BANK USA | 2,941.51 | 130.70 |
| 3 | CHASE BANK USA | 9,599.22 | 426.51 |
| 5 | CHASE BANK USA | 2,059.69 | 91.52 |
| 1 | Discover Bank/DFS Services LLC | 13,161.10 | 584.77 |
| 11 | LVNV Funding LLC its successors and assigns as | 1,173.42 | 52.14 |
| 2 | Recovery Management Systems Corporation | 240.20 | 10.67 |
| 13 | Verizon Wireless Midwest | 446.96 | 19.87 |
| 12 | eCAST Settlement Corporation assignee of | 1,318.89 | 58.60 |
| 10 | eCAST Settlement Corporation assignee of | 502.20 | 22.31 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Single Family Residence  (no equity/exempt) | 420,000.00 |
| CASH ON HAND  (exempt) | 50.00 |
| BANK ACCOUNTS  (exempt) | 1,250.00 |
| HOUSEHOLD GOODS AND FURNISHINGS  (exempt) | 2,500.00 |
| WEARING APPAREL AND JEWELRY  (exempt) | 200.00 |
| WEDDING RING  (exempt) | 1,000.00 |
| Sports and Hobby Equipment  (no value) | 110.00 |
| INTERESTS IN INSURANCE POLICIES (exempt) | 180.00 |
| STOCK AND BUSINESS INTERESTS  (no value) | 0.00 |
| Leased GMC Envoy (no value) | 0.00 |
| 2003 Saab 9.3T  (no non-exempt equity) | 14,000.00 |
| Pet dog  (no value) | 0.00 |
| Insurance proceeds  (fully secured) | 20,700.83 |

Dated: **September 11, 2008**   For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID R. BROWN
Address: 400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Phone No.: (630) 510-0000

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7              Page 1 of 2              Date Rcvd: Sep 11, 2008
Case: 08-01518                  Form ID: pdf002          Total Served: 32


The following entities were served by first class mail on Sep 13, 2008.
db           +Karl E. Johnson,    1391 Newcastle Ln.,    Bartlett, IL 60103-8934
jdb          +Lisa A. Johnson,    1391 Newcastle Ln.,    Bartlett, IL 60103-8934
aty          +Robert N Honig,    276 N. Addison Ave.,    Elmhurst, IL 60126-2723
tr           +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
               Suite 330,    Wheaton, IL 60187-4547
11895895      American Express,    Box 0001,    Los Angeles, CA 90096-0001
12173278      American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11895896      BP Cardmember Service,    P.O. Box 15325,    Wilmington, DE 19886-5325
12086345     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
11895898      Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
11895897      Chase Cardmember Service,    P.O. Box 15291,    Wilmington, DE 19886-5291
11895900      GM Cardmember Services,    P.O. Box 37281,    Baltimore, MD 21297-3281
11895902     +GMAC,    P.O. Box 2150,    Greeley, CO 80632-2150
11895901      GMAC,    P.O. Box 9001951,    Louisville, KY 40290-1951
11895903      HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
11895904      Lord & Taylor,    P.O. Box 960035,    Orlando, FL 32896-0035
11895905      Macy's,    P.O. Box 689195,    Des Moines, IA 50368-9195
11895907      Sears Credit Cards,    P.O. Box 183081,    Columbus, OH 43218-3081
11895908     +United CollectionBureau,    P.O. Box 1117,    Maumee, OH 43537-8117
11895910      University of Illinois Medical Ctr.,    Patient Accounts,    P.O. Box 12199,
               Chicago, IL 60612-0199
11895909     +University of Illinois at Chicago,     c/o Trustmark Recovery Services,    541 Otis Bowen Dr.,
               Munster, IN 46321-4158
11895911     +Verizon Wireless,    c/o Allied Interstate,    P.O. Box 361744,    Columbus, OH 43236-1744
11895913      Wells Fargo,    P.O. Box 660455,    Dallas, TX 75266-0455
11895912      Wells Fargo,    P.O. Box 54180,    Los Angeles, CA 90054-0180
12202505      eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

The following entities were served by electronic transmission on Sep 12, 2008.
12580832     +E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2008 04:51:26     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
11895899      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2008 04:53:42     Discover,    P.O. Box 30395,
               Salt Lake City, UT 84130-0395
12060610      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 12 2008 04:53:42
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
12220134      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,     assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12580833      E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2008 04:51:33
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12077253     +E-mail/PDF: rmscedi@recoverycorp.com Sep 12 2008 04:51:34
               Recovery Management Systems Corporation,    For GE Money Bank,    dba LORD & TAYLOR,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11895906      E-mail/Text: SBONNEMA@ROGENT.COM                             Rogers & Hollands,
               8019 Innovation Way,    Chicago, IL 60682-0080
12316370     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Sep 12 2008 04:50:14
               Verizon Wireless Midwest,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12254580*     eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Sep 11, 2008
Case: 08-01518                Form ID: pdf002          Total Served: 32

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2008**                       **Signature:**         *Joseph Speetjens*