UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 CASE |
| JOHNSON, KARL E. | ) |
| JOHNSON, LISA A. | ) |
| | ) CASE NO. 08-01518-JHS |
| | ) |
| | ) |
| Debtor(s). | ) Hon. JOHN H. SQUIRES |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

To:   THE HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

February 10, 2009                          /s/ David R. Brown /s/
DATE                                       DAVID R. BROWN, TRUSTEE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JOHNSON, KARL E. | ) | CASE NO. 08-01518 |
| JOHNSON, LISA A. | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

**FINAL DISTRIBUTION REPORT**

I, DAVID R. BROWN, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $919.83 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $2,760.67 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $3,680.50 |

**Exhibit "A"**

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 919.83 | 100.00000 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | BROWN, DAVID R., Trustee Fees | $919.83 | $919.83 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 |  |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligation claims | $ 0.00 |  |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 |  |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 62,105.82 | 4.44511 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | American Express Centurion Bank, Payments to Unsecured Credit Card Holders | $3,751.87 | $166.77 |
| | CHASE BANK USA, Payments to Unsecured Credit Card Holders | $2,059.69 | $91.56 |
| | CHASE BANK USA, Payments to Unsecured Credit Card Holders | $7,840.25 | $348.51 |
| | CHASE BANK USA, Payments to Unsecured Credit Card Holders | $2,941.51 | $130.75 |
| | CHASE BANK USA, Payments to Unsecured Credit Card Holders | $9,599.22 | $426.70 |
| | CHASE BANK USA, Payments to Unsecured Credit Card Holders | $15,910.80 | $707.25 |
| | CHASE BANK USA, Payments to Unsecured Credit Card Holders | $3,159.71 | $140.45 |
| | Discover Bank/DFS Services LLC, Payments to Unsecured Credit Card Holders | $13,161.10 | $585.02 |

| | | |
|---|---|---|
| LVNV Funding LLC its successors and, Payments to Unsecured Credit Card Holders | $1,173.42 | $52.16 |
| Recovery Management Systems Corpora, Payments to Unsecured Credit Card Holders | $240.20 | $10.68 |
| Verizon Wireless Midwest, General Unsecured 726(a)(2) | $446.96 | $19.87 |
| eCAST Settlement Corporation assign, Payments to Unsecured Credit Card Holders | $1,318.89 | $58.63 |
| eCAST Settlement Corporation assign, Payments to Unsecured Credit Card Holders | $502.20 | $22.32 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: October 23, 2008          /s/ David R. Brown

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| JOHNSON, KARL E. | ) | CASE NO. 08-01518-JHS |
| JOHNSON, LISA A. | ) | |
| Debtor(s). | ) | Hon. John H. Squires |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $919.83 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $919.83 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED:

By: _____
United States Bankruptcy Judge

OCT 17 2008

_Order Prepared by_:

DAVID R. BROWN (ARDC # IL 3122323)
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON IL 60187
Telephone: (630) 510-0000
Facsimile: (630) 510-0004

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 08-01518 -JHS | | Trustee Name: | DAVID R. BROWN |
| Case Name: | JOHNSON, KARL E. | | Bank Name: | Bank of America |
| | JOHNSON, LISA A. | | Account Number / CD #: | *******4210 Money Market Account |
| Taxpayer ID No: | *******8444 | | | |
| For Period Ending: | 02/10/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/05/08 | 1 | Karl & Lisa Johnson  1391 Newcastle Lane  Bartlett, IL 60103 | | 1124-000 | 3,678.00 | | 3,678.00 |
| 05/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 0.39 | | 3,678.39 |
| 06/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 0.46 | | 3,678.85 |
| 07/31/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 0.47 | | 3,679.32 |
| 08/29/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 0.47 | | 3,679.79 |
| 09/30/08 | INT | Bank of America | Interest Rate 0.150 | 1270-000 | 0.45 | | 3,680.24 |
| 10/22/08 | INT | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 3,680.50 |
| 10/22/08 | | Transfer to Acct #*******4359 | Final Posting Transfer | 9999-000 | | 3,680.50 | 0.00 |

| | | | COLUMN TOTALS | | 3,680.50 | 3,680.50 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 3,680.50 | |
| | | | Subtotal | | 3,680.50 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,680.50 | 0.00 | |

Page Subtotals   3,680.50   3,680.50

Ver: 14.21

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 08-01518 -JHS | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, KARL E. | Bank Name: | Bank of America |
|  | JOHNSON, LISA A. | Account Number / CD #: | *******4359 Checking Account |
| Taxpayer ID No: | *******8444 |  |  |
| For Period Ending: | 02/10/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/22/08 |  | Transfer from Acct #*******4210 | Transfer In From MMA Account | 9999-000 | 3,680.50 |  | 3,680.50 |
| 10/24/08 | 000101 | DAVID R. BROWN<br>400 SOUTH COUNTY FARM ROAD<br>SUITE 330<br>WHEATON, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 |  | 919.83 | 2,760.67 |
| 10/24/08 | 000102 | Verizon Wireless Midwest<br>PO Box 3397<br>Bloomington, IL 61701 | General Unsecured 726(a)(2) | 7100-000 |  | 19.87 | 2,740.80 |
| 10/24/08 | 000103 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card H | 7100-900 |  | 585.02 | 2,155.78 |
| 10/24/08 | 000104 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LORD & TAYLOR<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Payments to Unsecured Credit Card H | 7100-900 |  | 10.68 | 2,145.10 |
| 10/24/08 | 000105 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Payments to Unsecured Credit Card H | 7100-900 |  | 426.70 | 1,718.40 |
| 10/24/08 | 000106 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Payments to Unsecured Credit Card H | 7100-900 |  | 130.75 | 1,587.65 |
| 10/24/08 | 000107 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Payments to Unsecured Credit Card H | 7100-900 |  | 91.56 | 1,496.09 |
| 10/24/08 | 000108 | CHASE BANK USA | Payments to Unsecured Credit Card H | 7100-900 |  | 140.45 | 1,355.64 |

Page Subtotals         3,680.50         2,324.86

LFORM24                                                                                                               Ver: 14.21

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-01518 -JHS | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | JOHNSON, KARL E. | Bank Name: | Bank of America |
|  | JOHNSON, LISA A. | Account Number / CD #: | *******4359 Checking Account |
| Taxpayer ID No: | *******8444 |  |  |
| For Period Ending: | 02/10/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/24/08 | 000109 | C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>CHASE BANK USA | Payments to Unsecured Credit Card H | 7100-900 |  | 348.51 | 1,007.13 |
| 10/24/08 | 000110 | C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>CHASE BANK USA | Payments to Unsecured Credit Card H | 7100-900 |  | 707.25 | 299.88 |
| 10/24/08 | 000111 | C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card H | 7100-900 |  | 166.77 | 133.11 |
| 10/24/08 | 000112 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Payments to Unsecured Credit Card H | 7100-900 |  | 22.32 | 110.79 |
| 10/24/08 | 000113 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Payments to Unsecured Credit Card H | 7100-900 |  | 52.16 | 58.63 |
| 10/24/08 | 000114 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Payments to Unsecured Credit Card H | 7100-900 |  | 58.63 | 0.00 |

Page Subtotals       0.00        1,355.64

Ver: 14.21

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 08-01518 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | JOHNSON, KARL E. | Bank Name: | Bank of America |
| | JOHNSON, LISA A. | Account Number / CD #: | *******4359 Checking Account |
| Taxpayer ID No: | *******8444 | | |
| For Period Ending: | 02/10/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,680.50 | 3,680.50 | 0.00 |
| Less: Bank Transfers/CD's | 3,680.50 | 0.00 | |
| Subtotal | 0.00 | 3,680.50 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 3,680.50 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******4210 | 3,680.50 | 0.00 | 0.00 |
| Checking Account - *******4359 | 0.00 | 3,680.50 | 0.00 |
| | 3,680.50 | 3,680.50 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 14.21

LFORM24

PART A     **FORM 4**     02/10/09
**Distribution Report for Closed Asset Cases**

| | |
|---|---|
| Case No.: 08-01518 | Trustee Name: DAVID R. BROWN |
| Case Name: JOHNSON, KARL E. | Date: 02/10/09 |
| JOHNSON, LISA A. | Date Filed / Converted to Ch. 7: 01/24/08 (f) |

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---:|---:|
| GROSS RECEIPTS | $3,680.50 | 100.00% |
| Less Funds Paid to Debtor: | | |
|    Exemptions | $0.00 | 0.00% |
|    Excess Funds | $0.00 | 0.00% |
|    Funds Paid to 3rd Parties | $0.00 | 0.00% |
| **NET RECEIPTS** | **$3,680.50** | **100.00%** |

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| SECURED CLAIMS | | | |
|   Real Estate | $0.00 | $0.00 | 0.00% |
|   Personal Property & Intangibles | $0.00 | $0.00 | 0.00% |
|   Internal Revenue Service Tax Liens | $0.00 | $0.00 | 0.00% |
|   Other Governmental Tax Liens | $0.00 | $0.00 | 0.00% |
| **TOTAL SECURED CLAIMS** | $0.00 | $0.00 | 0.00% |
| PRIORITY CLAIMS: | | | |
| CHAPTER 7 ADMINISTRATIVE FEES §§ 507(a)(1) and CHARGES under Title 28, Chapter 123: | | | |
|   Trustee Fees | $919.83 | $919.83 | 24.99% |
|   Trustee Expenses | $0.00 | $0.00 | 0.00% |
|   Legal Fees & Expenses: | | | |
|     Trustee's Firm Legal Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Legal Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Legal Expenses | $0.00 | $0.00 | 0.00% |
|   Accounting Fees & Expenses: | | | |
|     Trustee's Firm Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Trustee's Firm Accounting Expenses | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Fees | $0.00 | $0.00 | 0.00% |
|     Other Firm's Accounting Expenses | $0.00 | $0.00 | 0.00% |
|   Real Estate Commissions | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Fees | $0.00 | $0.00 | 0.00% |
|   Auctioneer/Liquidator Expenses | $0.00 | $0.00 | 0.00% |
|   Other Professional Fees/Expenses | $0.00 | $0.00 | 0.00% |
|   Expenses of Operating Business in Chapter 7 | $0.00 | $0.00 | 0.00% |
|   Other Expenses | $0.00 | $0.00 | 0.00% |
|   Income Taxes - Internal Revenue Service | $0.00 | $0.00 | 0.00% |
|   Other State or Local Taxes | $0.00 | $0.00 | 0.00% |
|   U.S. Trustee Fees | $0.00 | $0.00 | 0.00% |
|   Court Costs | $0.00 | $0.00 | 0.00% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & EXPENSES** | $919.83 | $919.83 | 24.99% |
| TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES §§ 507(a)(1)(C) and (2) (From attached Part B) | $0.00 | $0.00 | 0.00% |
| DOMESTIC SUPPORT OBLIGATIONS § 507(a)(1)(A)&(B) | $0.00 | $0.00 | 0.00% |
| WAGES 507(a)(4) | $0.00 | $0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS § 507(a)(5) | $0.00 | $0.00 | 0.00% |
| CLAIMS OF GOVERNMENTAL UNITS § 507(a)(8) | $0.00 | $0.00 | 0.00% |
| OTHER § 507(a)(3),(6),(7),(9) & (10) | $0.00 | $0.00 | 0.00% |
| TOTAL PRIORITY CLAIMS § 507(a)(1)(A)&(B) to § 507(a)(3) to § 507(a)(10) | $0.00 | $0.00 | 0.00% |
| GENERAL UNSECURED CLAIMS | $62,105.82 | $2,760.67 | 75.01% |
| **TOTAL DISBURSEMENTS** | $63,025.65 | $3,680.50 | 100.00% |