UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| KARL E. JOHNSON AND | | |
| LISA A. JOHNSON, | ) | CASE NO. 08 B 01518 |
| | ) | |
| Debtor. | ) | HONORABLE JOHN H. SQUIRES |

## NOTICE OF FILING OF U.S. TRUSTEE'S
## MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT

**To:**   David R. Brown, Trustee
          Registrant's e-mail:  dbrown@springerbrown.com

**Please Take Notice** that on **March 23, 2009,** the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                            WILLIAM T. NEARY
                                            UNITED STATES TRUSTEE


DATED:   March 23, 2009              BY: /s/ Stephen Wolfe
                                         Stephen Wolfe, Attorney
                                         OFFICE OF THE U.S. TRUSTEE
                                         219 SOUTH DEARBORN STREET
                                         SUITE 873
                                         CHICAGO, ILLINOIS  60604
                                         (312) 886-7480

## CERTIFICATE OF SERVICE

I, Stephen Wolfe, Attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on March 23, 2009.

                                            /s/ Stephen Wolfe